# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY SMITH

NO. 2021 KW 0410

**JUNE 7, 2021**

---

In Re:     Donald Ray Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-08-0322.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's office reflect that the district court mailed relator the bill of information and sentencing minutes on January 25, 2021 and the guilty plea transcript on April 6, 2021.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT